**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy Leon YOAKUM, Defendant—Appellant.**

**No. 04–50184.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jolie F. Zimmerman, Esq., Luis G. Flores, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael S. Meza, Esq., Orange, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* — U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

**VACATED and REMANDED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

